# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 1 4 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

DIVISION __Atlanta__
(USAO 2011R00___)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN UNITED STATES DISTRICT COURT**

COUNTY NAME: _____

DISTRICT COURT NO. __1:12CR0053__

MAGISTRATE CASE NO. _____

_X_ Indictment   ___ Information   ___ Magistrate's Complaint

DATE: 2-14-12   DATE:   DATE:

| UNITED STATES OF AMERICA vs. Heather Cote | SUPERSEDING  Prior Case No. & Date Filed |
|---|---|

VIOLATION:

COUNTS CHARGED: (as to deft)

TOTAL COUNTS: (as to deft)

GREATER OFFENSE CHARGED:
_x_ Felony   ___ Misdemeanor

**DEFENDANT:**

<u>IS NOT IN CUSTODY:</u>

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. ___ Fugitive.
3. ___ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal:

DATE TRANSFERRED TO U.S. CUSTODY: _____
   Are there any outstanding warrants in this proceeding ___ Yes ___ No
   Date: _____   Issued by: _____

<u>IS IN CUSTODY:</u>

4. ___ On this charge.
5. ___ On another conviction.
6. Awaiting trial on other charges ___ Yes ___ No
   ___ Federal   ___ State
   If Yes, show name of institution _____
   Has detainer been filed ___ Yes   ___ No
   If Yes, give date _____

| ADDITIONAL INFORMATION OR COMMENTS: | MAGISTRATE JUDGE: <br> A.U.S.A.: Brian Pearce <br> DEFT'S ATTY: |
|---|---|

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

BY: __Brian Pearce__
Assistant United States Attorney

DATE: 2-14-12