FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 2 6 2012

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION
V.                          )    1:12-CR-053-UNA
                            )
HEATHER COTE                )

## ORDER SETTING ARRAIGNMENT
## AND FOR COSTS OF TRANSPORTATION

Upon motion of the Defendant, consent of the Government, and good cause shown,

IT IS HEREBY ORDERED that Defendant Cote's arraignment in the above-captioned

case shall be conducted on May 17, 2012 at 9:30am.

IT IS FURTHER ORDERED that the United States Marshal's Service is directed to pay

the costs of transportation to this district for Defendant Cote for the arraignment.

SO ORDERED this 26th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:
V. Natasha Perdew Silas, Staff Attorney
FEDERAL DEFENDER PROGRAM, INC.
SUITE 1500, THE CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
404-688-7530, NATASHA_SILAS@FD.ORG

Consented to by:
Brian Pearce, Esquire,
Assistant United States Attorney
Northern District of Georgia