IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO.: |
| V. | ) | 1:12-CR-053-SCJ/RGV |
| | ) | |
| HEATHER COTE | ) | |

ORDER

Upon motion of the defendant, and for good cause shown, Defendant is hereby permitted to withdraw without prejudice her previously filed motion to compel discovery.

SO ORDERED this ___ day of February, 2013.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

V. Natasha Perdew Silas
State Bar No. 571970
Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street
Atlanta, Georgia 30303