# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00053-SCJ-RGV
## USA v. Swenson et al
## Honorable Russell G. Vineyard

Minute Sheet for proceedings held In Open Court on 08/14/2013.

TIME COURT COMMENCED: 3:45 P.M.
TIME COURT CONCLUDED: 4:00 P.M.        TAPE NUMBER: FTR COLD
TIME IN COURT: 00:15                   DEPUTY CLERK: Pat Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [2]Heather Cote NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Mildred Dunn representing Heather Cote |
| | Ryan Ferber representing USA |
| | Virginia Perdew-Silas representing Heather Cote |
| PROCEEDING CATEGORY: | Telephone Conference(Oral Argument Hearing); |
| MINUTE TEXT: | HEARING HELD REGARDING STATUS OF CASE. |